**Dismissed and Memorandum Opinion filed August 13, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00528-CR

**CHAD PROVORSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1443270**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to possession of a controlled substance. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for four years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).